```
                  UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
                         TAMPA DIVISION
```

AMERICAN BUILDERS INSURANCE
CO RRG, INC.,

    Plaintiff,
v.                                  Case No. 8:22-cv-2959-VMC-CPT

CARROLLTON PREMIERE ROOFING, INC.,
and SIENNA VILLAS AT BEACH
PARK CONDOMINIUM ASSOCIATION, INC.,

    Defendants.
_____/

## ORDER

    This matter is before the Court on consideration of United States Magistrate Judge Christopher P. Tuite's Report and Recommendation (Doc. # 46), filed on July 2, 2025, recommending that Plaintiff American Builders Insurance Co RRG, Inc.'s Third Amended and Renewed Motion for Default Final Judgment for Declaratory Relief under Counts I & II of its Complaint as to Defendant Sienna Villas at Beach Park Condominium Association, Inc. (Doc. # 43) be granted. No objections have been filed and the time for filing objections has expired.

    Upon review, the Court accepts and adopts the Report and Recommendation and grants Plaintiff's Motion.

1

**Discussion**

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendation. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

After conducting a careful and complete review of the findings, conclusions, and recommendations, and giving *de novo* review to matters of law, the Court accepts the factual findings and legal conclusions of the Magistrate Judge.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Report and Recommendation (Doc. # 46) is **ACCEPTED** and **ADOPTED.**

(2) Plaintiff American Builders Insurance Co RRG, Inc.'s Third Amended and Renewed Motion for Default Final Judgment for Declaratory Relief under Counts I & II of its Complaint as to Defendant Sienna Villas at Beach Park Condominium Association (Doc. # 43) is **GRANTED.**

(3) The Clerk is directed to enter a default declaratory judgment in favor of Plaintiff American Builders Insurance Co RRG, Inc., and against Defendant Sienna Villas at Beach Park Condominium Association, Inc. Plaintiff has no duty to indemnify Defendant Carrollton Premiere Roofing, Inc., in the underlying state court litigation.

(4) The Clerk is directed to terminate any pending motions and to **CLOSE** the case.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 17th day of July, 2025.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE